[No. 48868-6-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY ALLEN
FINLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-10646-3, Donald D. Haley, J., entered July
16, 2001. *Affirmed in part*, and *remanded* by unpublished
per curiam opinion.

[No. 48908-9-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE WILLIAMS,
*Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 00-1-01914-3, Larry E. McKeeman,
J., entered July 3, 2001. *Affirmed* by unpublished per
curiam opinion.

[No. 49012-5-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SKY BLUE BLAIN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-01007-4, Douglas D. McBroom, J., entered
July 24, 2001. *Remanded* by unpublished per curiam opinion.

[No. 49051-6-I.   Division One.   August 5, 2002.]

*In the Matter of the Estate of* ELIZABETH SAMMANN.

NADENE M. SAMMANN, ET AL., *Appellants*, v. FRANCIS N.
MAYER, *as Executor, Respondent*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 94-2-07809-5, James H. Allen-
doerfer, J., entered August 13, 2001. *Affirmed* by unpub-
lished per curiam opinion.